IRVING TRUST COMPANY, as Trustee In Bankruptcy of PEPPY COAT CO., Inc., Appellee, v. INTERNATIONAL UNION BANK, Appellant.

No. 37.

Circuit Court of Appeals, Second Circuit.

Nov. 3, 1930.

Morris Hillquit, of New York City, for appellant.

Krause & Hirsch, of New York City (George C. Levin, of New York City, on the brief), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree affirmed on the opinion in Kolkman v. Manufacturers' Trust Co. (C. C. A.) 27 F.(2d) 659.